IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANTE JAMES HALLING,  CV. 04-1551-MO

    Petitioner,  ORDER

  v.

MR. BELLEQUE,

    Respondent.

MOSMAN, District Judge.

On June 20, 2005, petitioner filed a Motion to Expand the Record (#18) and a Motion for Summary Judgment (#19). It has come to the court's attention that petitioner failed to serve copies of these Motions on counsel for respondent in violation of Fed. R. Civ. P. 5(a). Accordingly, the Motions are DENIED. Petitioner is ADVISED that he must serve copies of all motions on counsel for respondent.

IT IS SO ORDERED.

DATED this  14th  day of July, 2005.

                              /s/ Michael W. Mosman
                              Michael W. Mosman
                              United States District Judge